CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04418

Loose v. Davol, Inc. et al
Assigned to: Judge Lee H Rosenthal
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 12/18/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Janet Loose**

represented by **Steven Michael Johnson**
Atty at Law
3437 West 7th Street
Ste 258
Ft Worth, TX 76107
817−339−8878
Fax: 214−853−4151
Email: stevesemailbox@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350) filed by Janet Loose.(kettac, ) (Entered: 12/19/2007) |
| 12/20/2007 | | CIVIL Filing fee re: 1 Complaint : $350.00, receipt number 4−587668, filed. (ejones, ) (Entered: 12/20/2007) |
| 12/26/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/25/2008 at 08:45 AM in Courtroom 11B before Judge Lee H Rosenthal.( Signed by Judge Lee H Rosenthal ) Parties notified.(kettac, ) (Entered: 12/26/2007) |
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 2/14/08. Parties notified.(jbradford, ) (Entered: 02/14/2008) |
| 02/14/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (jbradford, ) (Entered: 02/14/2008) |